# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| MELINDA HANKINS | 1:19-CR-119-DCN |

USMS 19942-023

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MELINDA HANKINS** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. §§ 1708 and 2(a) POSSESSION OF STOLEN MAIL



United States Courts
District of Idaho
**ISSUED**
JillPalkoner
on Apr 11, 2019 3:20 pm

Jill Palkoner, Deputy Clerk                                 April 11, 2019

Name and Title of Issuing Officer                           Date

BOISE, IDAHO
2019 APR 12 AM 11:00
RECEIVED
U.S. MARSHALS SERVICE

---

## RETURN

This warrant was received  4-12-19  and executed with the arrest of the above-name individual at _____.

_____        Date 4-17-19
Signature of Arresting Officer

Arrested on: 4-17-19
within the District of Idaho
By: J. Hatch USP-IS

_____
Name & Title of Arresting Officer