# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| MELINDA HANKINS | 1:19-cr-00119-DCN |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MELINDA HANKINS** and bring forthwith to the nearest magistrate judge to answer **PETITION ON PRETRIAL RELEASE** charging with the below listed violation.

VIOLATION OF THE TERMS AND CONDITIONS OF PRETRIAL RELEASE

United States Courts
District of Idaho
**ISSUED**
Jocelyn Dunnegan
on Nov 12, 2019 3:16 pm

November 12, 2019
Date

BOISE, IDAHO
RECEIVED U.S. MARSHALS SERVICE 2019 NOV 12 PM 3:58

## RETURN

This warrant was received  11·12·19  and executed with the arrest of the above-name individual at _____.

Subject taken into custody @ 1102 N. Franklin Blvd. Nampa, ID 83687
by USMS GIFT

_____    11·12·19
Signature of Arresting Officer    Date of Arrest

_____
Name & Title of Arresting Officer